IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

      Plaintiff,                    No. CIV S-09-0998 JAM KJM P

  vs.

S. ADCOCK, et al.,

      Defendants.        <u>ORDER</u>

_____ /

        Plaintiff has requested the court's assistance with the copies of the complaint to effect service pursuant to the court's order of November 25, 2009. The court is construing the request as an extension of time to submit the copies of the complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (Docket No. 14) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to submit the sixteen copies of the April 13, 2009 complaint.

DATED: January 11, 2010.

_____
U.S. MAGISTRATE JUDGE

/kly
cohe0998.36