IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

        Plaintiff,                       No. CIV 09-998 JAM KJM P

   vs.

S. ADCOCK, et al.,

        Defendants.             ORDER

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  On September 29, 2009, this court granted plaintiff's request to proceed in forma pauperis.  Plaintiff is directed to show cause within twenty one days of the date of this order why his in forma pauperis status should not be revoked as the result of the "strikes" plaintiff suffered before the filing of this complaint: Cohea v. Kirshner, Civ. No. S-94-2105 GEB JFM P; Cohea v. Jones, Civ. No. F-95-5384 REC DLB P; and Cohea v. Bray, 97-366 FCD DAD P.  See 28 U.S.C. §1915(g); Cohea v. California, 541 U.S. 970 (2004).  Plaintiff's response to this order is limited to twenty pages.

        IT IS SO ORDERED.

DATED: December 15, 2010.

                                                  U.S. MAGISTRATE JUDGE

2/cohe0998.3k

1